ACCEPTED
05-14-00831-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/9/2015 5:08:51 PM
LISA MATZ
CLERK

## NO. 05-14-00831-CV

In the Court of Appeals
For the Fifth Supreme Judicial District
at Dallas, Texas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/9/2015 5:08:51 PM
LISA MATZ
Clerk

**DALLAS DRAIN COMPANY, INC.
AND
KEVIN TRAVIS,**

**Appellants,**

**v.**

**KEVIN D. WELSH AND KELLY A. WELSH,**

**Appellees.**

ON APPEAL FROM THE 14TH JUDICIAL DISTRICT COURT,
DALLAS COUNTY, TEXAS

## NOTICE OF APPEARANCE

S. Vance Wittie, Sedgwick LLP, 1717 Main Street, Suite 5400, Dallas, TX 75201 7367, Telephone (469) 227-8200, Facsimile (469) 227-8004, State Bar No. 21832980, hereby submits this Notice of Appearance on behalf of Appellants Dallas Drain Company, Inc. and Kevin Travis. Appellants request that the Clerk enter S. Vance Wittie as a counsel of record for Appellants, and that he receive all notices and other communications from the Court.

Respectfully Submitted,


*s/ S. Vance Wittie*
S. VANCE WITTIE
State Bar No. 21832980

**SEDGWICK LLP**
1717 Main Street, Suite 5400
Dallas, Texas 75201-7367
Telephone: (469) 227-8200
Facsimile: (469) 227-8004

**ATTORNEYS FOR APPELLANTS
DALLAS DRAIN COMPANY, INC.
AND KEVIN TRAVIS**

# CERTIFICATE OF SERVICE

I certify that on March 9, 2015, a copy of the foregoing NOTICE OF APPEARANCE was served on counsel of record in this proceeding via eFileTexas.gov in accordance with the Texas Rules of Appellate Procedure:

| | |
|---|---|
| Douglas Wade Carvell, P.C.<br>State Bar No. 00796316<br>Charles W. Gameros, Jr., P.C.<br>State Bar No. 00796596<br>HOGE & GAMEROS, L.L.P.<br>4514 Cole Avenue, Suite 1500<br>Dallas, TX 75205<br>(214) 765-6002<br>(214) 292-8556 Facsimile<br>BGameros@LegalTexas.com<br>WCarvelle@LegalTexas.com<br><br>***Counsel for Appellees*** | _____ Via U.S. Mail<br>_____ Via CMRRR<br>_____ Via Facsimile<br>\_\_X\_\_ Via Email<br>_____ Via Federal Express<br>_____ Via Hand Delivery<br>\_\_X\_\_ Via EFileTexas.gov |

*s/ S. Vance Wittie*
S. Vance Wittie